**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.  19-cv-01498-KLM

CHRISTINA LOMAQUAHU, M.D.

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

Defendant.

---

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Christina Lomaquahu, M.D. and Defendant Unum Life Insurance Company of America submit this Joint Stipulation of Dismissal with Prejudice:

1. The parties have reached a resolution and stipulate to the dismissal with prejudice of this action,.

2. Each party will bear her/its own attorneys' fees and costs.

WHEREFORE, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is dismissed without a court order.

Respectfully submitted this 5th day of November, 2019.

| | |
|---|---|
| */s/ Shawn McDermott* | */s/ Stephen M. Bressler* |
| Shawn E. McDermott | Stephen M. Bressler |
| MCDERMOTT LAW, LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 4600 S. Ulster Street, Suite 800 | 201 E. Washington St., Ste. 1200 |
| Denver, CO 80237 | Phoenix, AZ 85004 |
| Phone:  303.964.1800 | Phone: (602) 262-5311 |
| E-mail:  shawn@mcdermottlaw.net | Email:  sbressler@lrrc.com |
| | |
| *Attorney for Plaintiff Christina Lomaquahu, M.D.* | *Attorney for Defendant Unum Life Insurance Company of America* |

109470854.1

## CERTIFICATE OF SERVICE

  I certify that on this 5th day of November, 2019, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed via CM/ECF system and served upon the following:

Shawn E. McDermott
MCDERMOTT LAW, LLC
4600 S. Ulster Street, Suite 800
Denver, CO 80237
Phone:  303.964.1800
E-mail:  shawn@mcdermottlaw.net

*Attorney for Plaintiff*

              */s/ Stephen M. Bressler*
              Stephen M. Bressler

2

109470854.1